1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  Telephone: (916) 554-2700
   MARIA V. DAQUIPA
4  Special Assistant U. S. Attorney
   Telephone: (415) 977-8943
5  501 I Street, Suite 10-100
   Sacramento, CA 95814-2322
6
   Attorneys for Defendant
7
                   UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9
   ROSA M. RODRIGUEZ,            )
10                               )   Case No. 2:05-CV-00973-KJM
          Plaintiff,             )
11                               )   **STIPULATION AND ORDER TO**
      v.                         )   **REMAND CASE PURSUANT TO**
12                               )   **SENTENCE FOUR OF 42 U.S.C. §**
   JO ANNE B. BARNHART,          )   **405(g) AND TO DIRECT ENTRY OF**
13 Commissioner of Social        )   **JUDGMENT**
   Security,                     )
14                               )
          Defendant.             )
15
        IT IS STIPULATED by and between Plaintiff Rosa M. Rodriguez
16
   ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of
17
   Social Security ("Defendant"), through their undersigned counsel
18
   of record, that the above-entitled action shall be remanded to
19
   the Commissioner of Social Security for further administrative
20
   proceedings.
21
        The parties have agreed to a voluntary remand of this case
22
   pursuant to sentence four of 42 U.S.C. § 405(g) for further
23
   administrative proceedings.  Upon remand, Defendant will instruct
24
   the Administrative Law Judge to:
25
        1) Reconcile an allowance, of Plaintiff's subsequent
26
   concurrent disability applications, with the denial of the
27
   application in this case (see HALLEX I-5-3-17, Section III.B.2);
28
        2) Consider Plaintiff's work activity as a care provider for

_____
Stip. to Vol. Rem. - 2:05-CV-00973-KJM

her father; and

    3) Consider lay witness statements, including a statement by Claimant's daughter.

    It is further stipulated that the administrative decision giving rise to this action is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Dated: October 13, 2006

    By   /s/ David J. Linden
       DAVID J. LINDEN
       Attorneys for Plaintiff

Dated: October 16, 2006    McGREGOR W. SCOTT
       United States Attorney
       BOBBIE J. MONTOYA
       Assistant United States Attorney

    By   /s/ Bobbie J. Montoya for
       MARIA V. DAQUIPA
       Special Assistant U.S. Attorney

       Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

---

ORDER

APPROVED AND SO ORDERED.

DATED: October 16, 2006.

                                _____
                                UNITED STATES MAGISTRATE JUDGE

_____
Stip. to Vol. Rem. - 2:05-CV-00973-KJM - 2